# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY VIEW HEALTH CARE INC., etc. and et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>RONALD CHAPMAN, M.D., etc. and et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 13-0036 LJO BAM<br><br>**ORDER TO DISMISS DEFENDANT STATE OF CALIFORNIA**<br>(Doc. 12.) |

Based on the plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendant State of California only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:    January 16, 2013**          /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1