1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ISMAEL A. CASTRO, State Bar No. 85452
   Supervising Deputy Attorney General
3  PAULINE W. GEE, State Bar No. 74447
   Deputy Attorney General
4  ASHANTE L. NORTON, State Bar No. 203836
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 323-0335
7    Fax: (916) 324-5567
     E-mail: Pauline.Gee@doj.ca.gov
8  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER; THE STONEBROOK CONVALESCENT CENTER, INC. DBA STONEBROOK HEALTHCARE CENTER; LIFEHOUSE PARKVIEW OPERATIONS, LLC DBA PARKVIEW HEALTHCARE CENTER; BEVERLY HEALTHCARE - CALIFORNIA, INC. DBA GOLDEN LIVING CENTER-FRESNO; CF MODESTO, LLC DBA COUNTRY VILLA MODESTO NURSING & REHABILITATION CENTER; AVALON CARE CENTER - MERCED FRANCISCAN, L.L.C. DBA FRANCISCAN CONVALESCENT HOSPITAL; AND THE CALIFORNIA ASSOCIATION OF HEALTH FACILITIES,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE STATE OF CALIFORNIA,**<br><br>Defendants. | 1:13-CV-00036-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO  RESPOND TO COMPLAINT**<br><br>**Local Rule 144(a)**<br><br>Courtroom:   4<br>Judge:  The Hon. Lawrence J. O'Neill<br>Magistrate Judge: The Hon. Barbara A. McAuliffe<br>Trial Date:     TBA<br>Action Filed:  January 9, 2013 |

1

WHEREAS the Defendants identified below were served with summons and complaint by personal service on January 10, 2013, and a responsive pleading to the complaint is due on January 31, 2013; and

WHEREAS on January 16, 2013, the Defendant the State of California has been ordered based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i).

IT IS HEREBY STIPULATED by and between of all of the Plaintiffs through their counsel of record, Hooper, Lundy & Brookman, PC by Scott J. Kiepen, and Defendants Ronald Chapman, M.D, Director of the California Department of Public Health and the California Department of Public Health (Defendants) through their counsel of record, California Attorney General Kamala D. Harris, by Deputy Attorney General Pauline Gee, as follows:

1. That defendants may have a 20-day extension of time from January 31, 2013, to and including February 20, 2013, in which to file and serve a responsive pleading to plaintiffs' complaint, as provided in Local Rule 144(a).

Dated: January 25, 2013                                   HOOPER, LUNDY & BOOKMAN, P.C.

BY:  /s/ SCOTT J. KIEPEN
SCOTT J. KIEPEN
*Attorneys for Plaintiffs Valley View Health Care Inc. dba Riverbank Nursing Center; The Stonebrook Convalescent Center, Inc. dba Stonebrook Healthcare Center; Lifehouse Parkview Operations, LLC dba Parkview Healthcare Center; Beverly Healthcare - California, Inc. dba Golden Living Center-Fresno; Cf. Modesto, LLC dba Country Villa Modesto Nursing & Rehabilitation Center; Avalon Care Center - Merced Franciscan, L.L.C. dba Franciscan Convalescent Hospital; and the California Association Of Health Facilities*

DATED: January 28, 2013

KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General


BY:   /S/ PAULINE W. GEE
      PAULINE W. GEE
Deputy Attorney General
*Attorneys for Defendants Ronald Chapman, MD, Director of the Department of Public Health and the California Department of Public Health*

### ORDER

Based on the parties' above Stipulation, IT IS HEREBY SO ORDERED that Defendants have a 20-day extension of time from January 31, 2013, to and including February 20, 2013, in which to file and serve a responsive pleading to Plaintiffs' complaint.

IT IS SO ORDERED.

Dated:   **January 29, 2013**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

3