Kamala D. Harris, State Bar No. 146672
Attorney General of California
Ismael A. Castro, State Bar No. 85452
Supervising Deputy Attorney General
Pauline W. Gee, State Bar No. 74447
Deputy Attorney General
Ashante L. Norton, State Bar No. 203836
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-0335
 Fax: (916) 324-5567
 E-mail: Pauline.Gee@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER; THE STONEBROOK CONVALESCENT CENTER, INC. DBA STONEBROOK HEALTHCARE CENTER; LIFEHOUSE PARKVIEW OPERATIONS, LLC DBA PARKVIEW HEALTHCARE CENTER; BEVERLY HEALTHCARE - CALIFORNIA, INC. DBA GOLDEN LIVING CENTER-FRESNO; CF MODESTO, LLC DBA COUNTRY VILLA MODESTO NURSING & REHABILITATION CENTER; AVALON CARE CENTER - MERCED FRANCISCAN, L.L.C. DBA FRANCISCAN CONVALESCENT HOSPITAL; AND THE CALIFORNIA ASSOCIATION OF HEALTH FACILITIES,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE STATE OF CALIFORNIA,**<br><br>Defendants. | 1:13-CV-00036-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**Local Rule 144(a)**<br><br>Courtroom: 4<br>Judge: The Hon. Lawrence J. O'Neill<br>Magistrate Judge: The Hon. Barbara A. McAuliffe<br>Trial Date: TBA<br>Action Filed: January 9, 2013 |

1

WHEREAS the Defendants identified below were served with summons and complaint by personal service on January 10, 2013, and a responsive pleading to the complaint is due on January 31, 2013; and

WHEREAS on January 16, 2013, the Defendant the State of California has been ordered based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i).

IT IS HEREBY STIPULATED by and between of all of the Plaintiffs through their counsel of record, Hooper, Lundy & Brookman, PC by Scott J. Kiepen, and Defendants Ronald Chapman, M.D, Director of the California Department of Public Health and the California Department of Public Health (Defendants) through their counsel of record, California Attorney General Kamala D. Harris, by Deputy Attorney General Pauline Gee, as follows:

1. That defendants may have a 20-day extension of time from January 31, 2013, to and including February 20, 2013, in which to file and serve a responsive pleading to plaintiffs' complaint, as provided in Local Rule 144(a).

Dated: January 25, 2013                               HOOPER, LUNDY & BOOKMAN, P.C.

BY:  /s/ SCOTT J. KIEPEN
     SCOTT J. KIEPEN
*Attorneys for Plaintiffs Valley View Health Care Inc. dba Riverbank Nursing Center; The Stonebrook Convalescent Center, Inc. dba Stonebrook Healthcare Center; Lifehouse Parkview Operations, LLC dba Parkview Healthcare Center; Beverly Healthcare - California, Inc. dba Golden Living Center-Fresno; Cf. Modesto, LLC dba Country Villa Modesto Nursing & Rehabilitation Center; Avalon Care Center - Merced Franciscan, L.L.C. dba Franciscan Convalescent Hospital; and the California Association Of Health Facilities*

DATED: January 28, 2013

KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

BY:   /S/ PAULINE W. GEE
PAULINE W. GEE
Deputy Attorney General
*Attorneys for Defendants Ronald Chapman, MD, Director of the Department of Public Health and the California Department of Public Health*

**ORDER**

Based on the parties' above Stipulation, IT IS HEREBY SO ORDERED that Defendants have a 20-day extension of time from January 31, 2013, to and including February 20, 2013, in which to file and serve a responsive pleading to Plaintiffs' complaint.

IT IS SO ORDERED.

Dated:   **January 29, 2013**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3