MARK E. REAGAN (State Bar No. 143438)
SCOTT J. KIEPEN (State Bar No. 175504)
FELICIA Y SZE (State Bar No. 233441)
KATHERINE R. MILLER (State Bar No. 247390)
**HOOPER, LUNDY & BOOKMAN, P.C.**
575 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail:   kmiller@health-law.com
          skiepen@health-law.com
          fsze@health-law.com
          kmiller@health-law.com

JOSEPH R. LAMAGNA (State Bar No. 246850)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, CA 92101-3890
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, <br><br> Defendant. | CASE NO. 1:13-cv-0036-LJO-BAM <br><br> **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES** |

Valley View Health Care Inc. dba Riverbank Nursing Center ("Riverbank"); The Stonebrook Convalescent Center, Inc. dba Stonebrook Healthcare Center ("Stonebrook"); Lifehouse Parkview Operations, LLC dba Parkview Healthcare Center ("Parkview"); Beverly Healthcare - California, Inc. dba Golden Living Center-Fresno ("Golden Living"); CF Modesto, LLC dba Country Villa Modesto Nursing & Rehabilitation Center ("Country Villa"); Avalon Care

2055823.1

Center – Merced Franciscan, L.L.C. dba Franciscan Convalescent Hospital ("Franciscan"); and the California Association of Health Facilities ("CAHF"), and Defendants Ronald Chapman, M.D., the Director of the California Department of Public Health, and the California Department of Public Health, by their attorneys, hereby stipulate and agree:

1. Whereas, pursuant to Federal Rule of Civil Procedure 26(a)(1), the parties were to make their initial disclosures on or before April 10, 2013.

2. Whereas, on April 3, 2013, the Court continued the telephonic scheduling conference from April 17, 2013, to May 21, 2013;

3. Whereas, the parties have agreed to extend the deadline for initial disclosures until May 14, 2013.

4. Whereas, the stipulation to May 14, 2013, as the date for the parties to make their Rule 26(a)(1) initial disclosures is not made for the purpose of delay.

WHEREFORE, the parties request an order from the Court making their initial disclosures pursuant to FRCP 26(a)(1) due on or before May 14, 2013.

DATED: April 10, 2013          HOOPER, LUNDY & BOOKMAN, P.C.


By: */s/ Katherine R. Miller*
     KATHERINE R. MILLER
Attorneys for PLAINTIFFS

DATED: April ___, 2013         OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA


By: _____
     PAULINE GEE
Attorneys for Defendants California Department of Public Health

2055823.1

2
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES

HOOPER, LUNDY & BOOKMAN, P.C.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

**ORDER**

The parties' stipulation to exchange initial disclosures pursuant to Rule 26(a) on or before May 14, 2013 is GRANTED.

IT IS SO ORDERED.

Dated:   **April 12, 2013**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

2055823.1

3
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES