1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ISMAEL A. CASTRO, State Bar No. 85452
   Supervising Deputy Attorney General
3  PAULINE W. GEE State Bar No. 74447
   ASHANTE L. NORTON, State Bar No. 203836
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 323-0335
     Fax: (916) 324-5567
7    E-mail: pauline.gee@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER; THE STONEBROOK CONVALESCENT CENTER, INC. DBA STONEBROOK HEALTHCARE CENTER; LIFEHOUSE PARKVIEW OPERATIONS, LLC DBA PARKVIEW HEALTHCARE CENTER; BEVERLY HEALTHCARE - CALIFORNIA, INC. DBA GOLDEN LIVING CENTER-FRESNO; CF MODESTO, LLC DBA COUNTRY VILLA MODESTO NURSING & REHABILITATION CENTER; AVALON CARE CENTER - MERCED FRANCISCAN, L.L.C. DBA FRANCISCAN CONVALESCENT HOSPITAL; AND THE CALIFORNIA ASSOCIATION OF HEALTH FACILITIES,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE STATE OF CALIFORNIA,**<br><br>Defendants. | 1:13-CV-00036-LJO-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF WRITTEN DISCOVERY [FRCP 29(b); LR 144(a)]**<br><br>Courtroom:  4<br>Judge: The Hon. Lawrence J. O'Neill<br>Magistrate Judge: The Hon. Barbara A. McAuliffe<br>Trial Date: May 20, 2014<br><br>Action Filed: January 9, 2013 |

1

## **ORDER**

Based on the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' First Set of Written Discovery

IT IS HEREBY SO ORDERED that Defendants' time to serve their responses to Plaintiffs' First Set of Written Discovery is extended 15-days from July 15, 2013, to and including, July 30, 2013, pursuant to Fed. R. Civ. P. 29(b) and Local Rule 144(a). All other dates will remain as set in the Court's scheduling order. (Doc. 33).

IT IS SO ORDERED.

Dated: **July 11, 2013**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

)