HOOPER, LUNDY & BOOKMAN, P.C.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendant. | CASE NO. 1:13-cv-0036-LJO-BAM<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY** |

Based on the Stipulation to Extend Time for Licensee Plaintiffs to Respond to Defendants' First Set of Written Discovery (parties' "Stipulation"), setting out that:

WHEREAS Plaintiffs Valley View Health Care Inc. dba Riverbank Nursing Center; The Stonebrook Convalescent Center, Inc. dba Stonebrook Healthcare Center; Lifehouse Parkview Operations, Llc dba Parkview Healthcare Center; Beverly Healthcare - California, Inc. dba Golden Living Center-Fresno; CF Modesto, LLC dba Country Villa Modesto Nursing & Rehabilitation Center; and Avalon Care Center – Merced Franciscan, L.L.C. dba Franciscan Convalescent Hospital (collectively, "Licensee Plaintiffs") were served the written discovery identified below in Table A by the Defendant listed below on by e-mail on August 14, 2013, and Licensee Plaintiffs' responses to the discovery identified below are due on September 16, 2013 (30 days plus 3 days for e-mail service under Fed. R. Civ. P. 6(d)):

# TABLE A

| Responding Plaintiff | Written Discovery | Propounding Defendant |
|---|---|---|
| **COUNTRY VILLA** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |
| **FRANCISCAN** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |
| **GOLDEN LIVING** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |
| **PARKVIEW** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |
| **RIVERBANK** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |

HOOPER, LUNDY & BOOKMAN, P.C.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

| Responding Plaintiff | Written Discovery | Propounding Defendant |
|---|---|---|
| **STONEBROOK** | Admissions, Set 1 | Chapman |
| | Interrogatories, Set 1 | Chapman |
| | Interrogatories, Set 1 | CDPH |
| | Request for Production, Set 1 | CDPH |

WHEREAS, a 7-day extension from September 16, 2013 to September 23, 2013, for the following Licensee Plaintiffs to respond to the discovery listed in the Table A above would not interfere with any dates set by this Court for (a) completing non-expert discovery by September 30, 2103 and completing expert discovery by October 30, 2013; (b) for filing all pre-trial motions by November 19, 2013; (c) for pretrial conference hearing set for April 14, 2014; or (d) for trial now set for May 20, 2014, this stipulation may be filed without court approval pursuant to Local Rule 144(a) and Fed. R. Civ. P. 26(b).  (See Scheduling Conference Order – Doc. No. 33 filed 05/24/2013; Local Rule 144(a); and Fed. R. Civ. P. 29(b).);

WHEREAS, Plaintiff California Association of Health Facilities ("CAHF") was served Defendant Chapman's Requests for Admissions, Set One, and Defendant Chapman's Interrogatories to Plaintiff CAHF, Set Two by e-mail service on August 26, 2013, and Plaintiff CAHF's responses to these requests are due on September 30, 2013; and

WHEREAS, Plaintiff CAHF has agreed to serve its responses to Defendant Chapman's Requests for Admissions, Set One, and Defendant Chapman's Interrogatories to Plaintiff CAHF, Set Two on September 25, 2013.

/././

2060120.1

IT IS HEREBY ORDERED pursuant to the parties' Stipulation that:

1. Licensee Plaintiffs' time to serve their responses to the discovery listed in Table A is extended by 7 days from September 16, 2013, to September 23, 2013, pursuant to Fed. R. Civ. P. 29(b) and Local Rule 144(a); and

2. Plaintiff CAHF shall serve its responses to Defendant Chapman's Requests for Admissions, Set One, and Defendant Chapman's Interrogatories to Plaintiff CAHF, Set Two on September 25, 2013, pursuant to Fed. R. Civ. P. 33(b)(2) and Fed .R. Civ. P. 36(a)(3).

IT IS SO ORDERED.

Dated: __September 18, 2013__        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
TEL: (415) 875-8500 • FAX: (415) 875-8519

2060120.1