KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
PAULINE W. GEE, State Bar No. 74447
Deputy Attorney General
ASHANTE L. NORTON, State Bar No. 203836
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-0335
 Fax: (916) 324-5567
 E-mail: Pauline.Gee@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY VIEW HEALTH CARE INC. DBA RIVERBANK NURSING CENTER; THE STONEBROOK CONVALESCENT CENTER, INC. DBA STONEBROOK HEALTHCARE CENTER; LIFEHOUSE PARKVIEW OPERATIONS, LLC DBA PARKVIEW HEALTHCARE CENTER; BEVERLY HEALTHCARE - CALIFORNIA, INC. DBA GOLDEN LIVING CENTER-FRESNO; CF MODESTO, LLC DBA COUNTRY VILLA MODESTO NURSING & REHABILITATION CENTER; AVALON CARE CENTER - MERCED FRANCISCAN, L.L.C. DBA FRANCISCAN CONVALESCENT HOSPITAL; AND THE CALIFORNIA ASSOCIATION OF HEALTH FACILITIES,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD CHAPMAN, M.D., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, and THE STATE OF CALIFORNIA,**<br><br>Defendants. | 1:13-CV-00036-LJO-BAM<br><br>**JOINT STIPULATION FOR EXTENDING TIME FOR PARTIES TO SERVE AND FILE PRETRIAL MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION AND ORDER THEREON [FRCP 16(b)(4); Local Rule 144(d)]**<br><br>Courtroom: 4<br>Judge: The Hon. Lawrence J. O'Neill<br>Magistrate Judge: The Hon. Barbara A. McAuliffe<br>Trial Date: May 29, 2014<br>Action Filed: January 9, 2013 |

1

Joint Stipulation for Extending Time to file Pretrial Motion for Summary Judgment & Order Thereon  (1:13-CV-00036-LJO-BAM)

**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE PRE-TRIAL MOTIONS FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

WHEREAS, pursuant to the telephone scheduling conference held on May 21, 2013, this Court issued the following Scheduling Order based on the parties' agreement as follows:

- Non-expert discovery          September 30, 2013
- Expert discovery               October 30, 2013
- Pre-trial Motions              November 19, 2013
- Pretrial Conference            April 14, 2014
- Bench Trial                    May 20, 2014

Scheduling Conference Order filed May 24, 2013 – Document 33.

WHEREAS, the parties have completed nonexpert discovery as of September 30, 2013, which included depositions taken on September 19 and 27, 2013, supplemental documents productions and disclosures and amended discovery responses. Pursuant to a meet and confer conference of last week regarding the parties' estimated timetables to complete their respective review of obtained discovery and assessments of what are the potential motion and/or cross motions for summary judgment and/or summary adjudication of issues, and prepare any such motions, the parties' undersigned counsel agreed to a timetable for: (1) exchange of and negotiations on drafts of joint undisputed statement of facts; (2) to hold their Meet and Confer conference regarding the required six (6) summary judgment items set out in this Court's Scheduling Order at page 4; and (3) to file a joint stipulation to respectfully request a one-week time extension from the Court's Scheduling Order date of the November 19, 2013 to November 27, 2013 to serve and file any pre-trial motions or cross-motions for summary judgment/summary adjudication, in order for the parties to have sufficient time to meet and confer and to negotiate a joint undisputed statement of facts. See Fed. R. Civ. P. 16(b)(4); L.R. 144(d).

/ / /

2

Joint Stipulation for Extending Time to file Pretrial Motion for Summary Judgment & Order Thereon  (1:13-CV-00036-LJO-BAM)

WHEREAS this one-week time extension will not affect this Court's Scheduling Order of the pre-trial conference now set for April 14, 2014, or the May 20, 2014 bench trial, and it will not affect the parties' agreed summary judgment briefing schedule for opposition briefs to be served and filed by January 8, 2014 and reply briefs by February 4, 2014, for a March 5, 2014 hearing date. See Joint Scheduling and Rule 26(f) Report filed May 14, 2013-Document 31, p.9, para.9.

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Valley View Health Care Inc., dba Riverbank Nursing Center, et al. by and through their counsel of record, Lundy & Bookman, PC by Katherine R. Miller and/or Felicia Y. Sze, and Defendants Ronald Chapman, et al. by and through their counsel of record, California Attorney General Kamala D. Harris, by Deputy Attorney General Pauline W. Gee that:

1. The parties' time to serve and file any pre-trial motions or cross motions for summary judgment or summary adjudication in the above entitled action be extended from November 19, 2013 to November 27, 2013, in order for the parties to have sufficient time to meet and confer

///

///

///

Joint Stipulation for Extending Time to file Pretrial Motion for Summary Judgment & Order Thereon (1:13-CV-00036-LJO-BAM)

and to negotiate a joint undisputed statement of facts.   Fed. R. Civ. P. 16(b)(4); L.R. 144(d).

Dated:  October 30, 2013                                         HOOPER, LUNDY & BOOKMAN, P.C.

                                                                                 BY:   /S/ FELICIA Y. SZE
                                                                                         KATHERINE R. MILLER
                                                                                         FELICIA Y. SZE
                                                                                 *Attorneys for Plaintiffs Valley View Health Care Inc. dba Riverbank Nursing Center; The Stonebrook Convalescent Center, Inc. dba Stonebrook Healthcare Center; Lifehouse Parkview Operations, LLC dba Parkview Healthcare Center; Beverly Healthcare - California, Inc. dba Golden Living Center-Fresno; Cf. Modesto, LLC dba Country Villa Modesto Nursing & Rehabilitation Center; Avalon Care Center - Merced Franciscan, L.L.C. dba Franciscan Convalescent Hospital; and the California Association Of Health Facilities*

DATED:  October 30, 2013                                        KAMALA D. HARRIS
                                                                                Attorney General of California
                                                                                ISMAEL A. CASTRO
                                                                                Supervising Deputy Attorney General

                                                                                BY:    /S/ PAULINE W. GEE
                                                                                         PAULINE W. GEE
                                                                                Deputy Attorney General
                                                                                *Attorneys for Defendants Ronald Chapman, MD, Director of the Department of Public Health and the California Department of Public Health*

**ORDER**

Good cause shown based on the parties' above Joint Stipulation, IT IS HEREBY ORDERED THAT the parties' time to serve and file any pre-trial motions or cross motions for summary judgment or summary adjudication of issues in the above entitled action is extended from November 19, 2013 to November 27, 2013. Fed. R. Civ. P. 16(b)(4); Local Rule 144(a).

IT IS SO ORDERED.

   Dated:   **November 1, 2013**                         /s/ Barbara A. McAuliffe
                                                                                 UNITED STATES MAGISTRATE JUDGE

4