UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY VIEW HEALTH CARE INC., et al., | CASE NO. CV F 13-0036 LJO BAM |
| Plaintiffs, | **ORDER TO REVISE SUMMARY JUDGMENT BRIEFING AND TO VACATE HEARING**<br>(Docs. 49, 54.) |
| vs. | |
| RONALD CHAPMAN, M.D., et al., | |
| Defendants. | |

     This Court has reviewed the parties' opening summary judgment briefing, which is thorough and addresses intertwined issues. To promote efficient use of this Court's limited resources, this Court revises summary judgment briefing and:

     1.     ORDERS the parties, no later than January 8, 2014, to file and serve opposition papers;

     2.     ORDERS the parties to file no reply papers given the thoroughness of the record and absence of assistance of reply papers to this Court;

     3.     PERMITS non-parties California Advocates of Nursing Home Reform and Glenn Patrick, no later than January 8, 2014, to file and serve an amicus briefing of no more than 15 pages;

1

4. VACATES the March 5, 2014 summary judgment hearing.

Pursuant to its practice, this Court will consider the cross summary judgment motions on the record and issue a written decision.

IT IS SO ORDERED.

Dated: **December 9, 2013** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE