UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY VIEW HEALTH CARE INC., et al., | CASE NO. CV F 13-0036 LJO BAM |
| Plaintiffs, | **ORDER ON AARP'S JOINDER REQUEST**<br>(Doc. 82.) |
| vs. | |
| RONALD CHAPMAN, M.D., et al., | |
| Defendants. | |
| _____/ | |

Non-party AARP, without this Court's approval, filed a joint amicus brief with non-party California Advocates for Nursing Home Reform ("CANHR"), which had received court approval to file an amicus brief. This Court DISFAVORS unilateral filing of briefs, even as a joinder, without this Court's prior approval. Moreover, parties to this action have thoroughly briefed and addressed the limited issues involved in this action and arguably have burdened an overburdened court with their voluminous filings. This Court carries the most voluminous caseload of any U.S. District Court and must devote its limited staff and resources to best manage its overwhelming workload. As such, this Court will review in passing AARP-CANHR's papers and will not necessarily refer to them or otherwise consider them in reaching its decision. This Court PROHIBITS the parties, AARP, CANHR and Glenn Patrick to file any further papers in connection with summary judgment, unless this Court orders otherwise.

Papers filed in violation of this order will be stricken. The clerk is directed to term doc. 82.

IT IS SO ORDERED.

Dated: **January 9, 2014**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE